IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHIRLEY M. BARBOUR <u>et al.</u>          *
                                          *
                                          *
v.                                        *     Civil No. WMN-08-1076
                                          *
INTERNATIONAL UNION, UNITED               *
AUTOMOBILE, AEROSPACE AND                 *
AGRICULTURAL IMPLEMENT                    *
WORKERS OF AMERICA                        *
                                          *
*    *    *    *    *    *    *    *    *    *    *    *    *    *    *

### ORDER

On January 27, 2011, the Fourth Circuit Court of Appeals issued an opinion vacating the decision of this Court and remanding the case to this Court with instructions to remand the case to the state court. The mandate issued on February 18, 2011. Consistent with that mandate, IT IS this 24th day of February, 2011, by the United States District Court for the District of Maryland, ORDERED:

1) That the Clerk of this Court shall remand this case to the Circuit Court for Cecil County, Maryland; and

2) That the Clerk of the Court shall transmit a copy of this Order to all counsel of record.

_____
William M. Nickerson
Senior United States District Judge